```
              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CRIMINAL NO. 08-00032-JB |
| DANIEL ADAM SILVERS | * | |

## ORDER FOR REIMBURSEMENT OF ATTORNEY FEES

By Order dated May 1, 2023, Defendant was ordered to reimburse the Court for attorney fees in the amount of $2656.76 (Doc. 134). As of this date, payment has not been paid as ordered. Upon review of the docket sheet, at the revocation hearing held on April 25, 2023, Defendant was committed to the Bureau of Prisons (BOP) to serve a sentence of three (3) months with credit for time served (Doc. 133).

On September 7, 2023, the Court reached out to Defendant's Probation Officer, and was advised that Defendant was released on June 30, 2023. The Probation Officer stated that he would make contact with Defendant in reference to the Order entered on May 1, 2023.

Defendant is again **ORDERED** to pay to the Clerk of Court $2,656.76 **not later than October 13, 2023.** Should Defendant fail to timely make said payment, this matter is

set for a **SHOW CAUSE** hearing before the undersigned on **October 19, 2023 at 10:00 am in Courtroom 5B.** The Clerk is **DIRECTED** to mail a copy of this Order to Defendant at 8431 Placid Drive, Mobile, Alabama 36695.

DONE this 15th day of September, 2023.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE
